# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TERESA PRESTON** ) | |
| ) | Case No. 1:19 CV 01083 |
| Plaintiff, ) | |
| ) | JUDGE SOLOMON OLIVER |
| vs. ) | |
| ) | |
| **COLLABORATIVE ADVISORS, INC.** ) | |
| **D/B/A SYNERGY HOMECARE, et al.** ) | |
| ) | |
| Defendants. ) | **STIPULATION OF DISMISSAL WITH** |
| ) | **PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through counsel, hereby enter this stipulation of dismissal of this action with prejudice, each party to bear its own costs and fees.

Respectfully Submitted,

/s/ Christopher J. Lalak
Christopher J. Lalak (0090079)
614 West Superior Ave.
Suite 1148
Phone: 216.230.2955
Cleveland, OH 44113
clalak@ohlaborlaw.com

*Attorney for Plaintiff*

/s/Shannon K. Patton
Shannon K. Patton (0069407)
Littler Mendelson, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
spatton@littler.com

*Attorney for Defendants*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
2/25/2020